UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br>　　Plaintiff,<br><br>v.<br><br>PALMETTO CLEAN TECHNOLOGY,<br>INC., DELAWARE CORPORATION,<br>JOHN DOES 1-4,<br>　　Defendants. | §<br>§<br>§<br>§　EP-22-CV-00129-FM<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is "Plaintiff's Motion to Dismiss with Prejudice" ("Motion") [ECF No. 10], filed September 19, 2022 by Plaintiff Erik Salaiz. Therein, Plaintiff requests the court dismiss this cause with prejudice as Plaintiff and Defendants "have resolved their case."[1] Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The court finds good cause to grant the Motion.

Accordingly, the court enters final judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _26_ day of **September 2022.**

　　　　　　　　　　　　　　　　　　　　　　　FRANK MONTALVO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Motion to Dismiss with Prejudice" 1, ECF No. 10, filed Sept. 19, 2022.